IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVE PIERRE,<br>    Petitioner<br><br>  v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, et al.<br>    Respondents | CIVIL NO. 1:12-CV-1869<br><br>(Judge Caldwell)<br><br>(Magistrate Judge Blewitt) |

| | |
|---|---|
| DAVE PIERRE,<br>    Petitioner<br><br>  v.<br><br>CRAIG A. LOWER, WARDEN,<br>    Respondent | CIVIL NO. 1:13-CV-1441<br><br>(Judge Caldwell)<br><br>(Magistrate Judge Blewitt) |

*O R D E R*

AND NOW, this 12th day of August, 2013, upon consideration of the report of the magistrate judge, filed June 6, 2013, to which no objections have been filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report (Doc. 19 in No. 12-CV-1869 and Doc. 5 in No. 13-CV-1441) is adopted.

    2. No. 13-CV-1441 is consolidated into No. 12-CV-1869.

    3. The Clerk of Court shall close No. 13-CV-1441.

                                          /s/ William W. Caldwell
                                          William W. Caldwell
                                          United States District Judge