IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVE PIERRE,                           :
            Petitioner                 :
                                       :
      v.                               :    CIVIL NO. 1:12-CV-1869
                                       :
DEPARTMENT OF HOMELAND                 :    (Judge Caldwell)
SECURITY, et al.                       :
            Respondents                :
                                       :


*O R D E R*

AND NOW, this 9th day of October, 2013, upon consideration of Petitioner's

motion (Doc. 26) under Fed. R. Civ. P. 60(b)(6) for relief from judgment, it is ordered that

the motion is denied.


                              /s/ William W. Caldwell
                              William W. Caldwell
                              United States District Judge